# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

Joseph Skirchik and
Barry Aldrich
         v.

Dynamics Research
Corporation, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05 11362 MEL**

TO: (Name and address of Defendant)

Dynamic Research Corporation, Inc.
James Regan CEO
60 Frontage Rd.
Andover, MA 01810

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elayne N. Alanis
Law Office of Elayne N. Alanis
10 Tremont Street Third Floor
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    JUN 28 2005
CLERK                                                DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6/29/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Elayne N. Alanis | ATTORNEY AT LAW |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.