UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH SKIRCHAK AND BARRY L. ALDRICH, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMINC RESEARCH CORPORATION, INC.<br><br>Defendant | CIVIL ACTION NO.: 05 11362 MEL |

**MOTION TO FACILITATE §216(b) NOTICE**

Pursuant to Section 216(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S. §201 *et seq.*, Plaintiffs Joseph Skirchak and Barry L. Aldrich, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs") respectfully request that this Court allow Plaintiffs to notify potential class members of the existence of this lawsuit, thereby providing them with the opportunity to participate or "opt-in" to the pending litigation. Specifically, Plaintiffs request that the Court issue an Order (1) directing Defendant Dynamics Research Corporation, Inc. ("Defendant") to immediately provide Plaintiffs' counsel with a list of the names and contact information of all current and former employees in any state, classified by Defendant as exempt employees within the last three (3) years immediately preceding the filing of the Complaint (hereinafter, Plaintiffs may refer to this population as the "Potential Class Members"); and (2) authorizing the issuance of a Court-approved notice to the Potential Class Members so that they

1

may be made aware of, and can effectively assert their claims on a timely basis. This Court should grant Plaintiffs' Motion because Plaintiffs have easily satisfied their burden to put forth a modest factual showing that similarly situated employees may exist. As grounds for this Motion, Plaintiffs submit the attached Exhibits and the accompanying Memorandum of Law.[1]

Dated:  August 5, 2005

                                      Respectfully submitted,

                                      _/s/ Elayne N. Alanis_
                                      Elayne N. Alanis, BBO #660365
                                      Law Office Of Elayne N. Alanis
                                      10 Tremont Street, Third Floor
                                      Boston, MA 02108
                                      (617) 263-1203

                                      Shannon Liss-Riordan, BBO # 640716
                                      PYLE, ROME, LICHTEN, EHRENBERG
                                      & LISS-RIORDAN, P.C.
                                      18 Tremont Street, Ste. 500
                                      Boston, MA 02108
                                      (617) 367-7200

---

[1] This Motion is supported by the pleadings filed to date in this matter, as well as the following Exhibits: Affidavit of Joseph Skirchak, (Exhibit 1); Affidavit of Barry L. Aldrich, (Exhibit 2); Proposed Notice to Potential Class Members (Exhibit 3).

## CERTIFICATE OF SERVICE

I hereby certify that on August 5 , 2005, I caused a copy of this document to be served by first class mail on all counsel of record.

_____
Elayne N. Alanis, Esq.