UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH SKIRCHAK AND BARRY ALDRICH, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMICS RESEARCH CORPORATION, A Massachusetts corporation,<br><br>Defendant. | Civil Action No.: 05-11362 MEL |

**DEFENDANT'S MOTION TO DISMISS COMPLAINT AND COMPEL PLAINTIFFS' COMPLIANCE WITH THE DISPUTE RESOLUTION PROGRAM**

Dynamics Research Corporation ("DRC") herby moves this Court to dismiss the Complaint in the above-entitled matter and compel the plaintiffs to comply with DRC's Dispute Resolution Program (the "Program"), which specifically requires the plaintiffs resolve the claims asserted in the Complaint through the Program in lieu of a judicial forum. In December 2003, DRC implemented the Program and notified its employees, including the plaintiffs, of its terms. The plaintiffs even assisted in the review of the Program and its company-wide dissemination. They were employees prior to the Program's implementation and remained employees well after the implementation of the Program, and thereby assented to be bound by its terms. As a term of the Program, the plaintiffs, individually, agreed to waive their rights to a judicial forum to adjudicate "all legal disputes," specifically including statutory claims, and agreed to comply with

a mandatory three-step dispute resolution process, which could culminate in binding arbitration if disputes are not resolved at an earlier stage of the Program.

The contract between the plaintiffs and DRC is a valid agreement that requires each of the plaintiffs to adjudicate his claims through the three-step process, and not in this judicial forum. The causes of action set forth in the Complaint fit squarely within the Program. Pursuant to the authority granted this Court by the Federal Arbitration Act, the Court must dismiss the Complaint and order the plaintiffs to comply with their contractual obligation to adjudicate their claims in accordance with to the terms of the Program.

In support of this motion, DRC relies upon the accompanying: (i) Memorandum of Law in Support of Defendant's Motion to Dismiss Complaint and Compel Plaintiffs' Compliance with the Dispute Resolution Program; and (ii) Affidavit of Joseph LeBlanc with attached Exhibits 1-6.

WHEREFORE, Defendants respectfully request that the Complaint be dismissed and that the plaintiffs compelled to comply with DRC's Dispute Resolution Program.

DYNAMICS RESEARCH CORPORATION,

By its attorneys,

*/s/ David Rosenthal*

David S. Rosenthal (BBO # 429260)
Carrie J. Campion (BBO # 656451)
Jeffrey B. Gilbreth (BBO # 661496)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
617-345-1000

Dated August 8, 2005

BOS1516672.1

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on August 9, 2005

*/s/ David Rosenthal*