## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **JOSEPH SKIRCHAK AND BARRY ALDRICH, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,**<br><br>    **Plaintiffs,**<br><br>**v.**<br><br>**DYNAMICS RESEARCH CORPORATION, A Massachusetts corporation,**<br><br>    **Defendant.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Civil Action No.:  05-11362 MEL** |

### ASSENTED-TO MOTION TO EXTEND TIME IN WHICH PLAINTIFFS MUST FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS COMPLAINT AND COMPEL PLAINTIFFS' COMPLIANCE WITH THE DISPUTE RESOLUTION PROGRAM

Plaintiffs Joseph Skirchak and Barry L. Aldrich respectfully move this Court to extend the time in which they must respond to Defendant's Motion to Dismiss Complaint and Compel Plaintiffs' Compliance with the Dispute Resolution Program (the "Motion") for one week up to and including August 26, 2005.  As grounds for this Motion, Plaintiffs state:

1.     On August 8, 2005, Defendant served the Motion on the Plaintiffs.

2.     The current deadline by which Plaintiffs must respond to the Motion is August 19, 2005.

3.     The requested extension is brief, and Defendant will not be prejudiced by the extension of time.

4.     Defendant has assented to the relief requested.

BOS1519878.1

WHEREFORE, Plaintiffs request the Court grant this Assented-To Motion and extend

the deadline by which Plaintiffs must respond to Defendant's Motion up to and including August

26, 2005.

Elayne N. Alanis (BBO# 660365)
LAW OFFICE OF ELAYNE N. ALANIS
10 Tremont Street, Third Floor
Boston, MA 01208
617-263-1203

Assented To:

DYNAMICS RESEARCH CORPORATION,

By its attorneys,

David S. Rosenthal (BBO # 429260)
Carrie J. Campion (BBO # 656451)
Jeffrey B. Gilbreth (BBO # 661496)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
617-345-1000

Dated August 18, 2005

I hereby certify that a true copy of the
above document was served upon the
attorney of record, for each party,
by mail/hand on