UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH SKIRCHAK AND BARRY ALDRICH, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMICS RESEARCH CORPORATION, A Massachusetts corporation,<br><br>Defendant. | Civil Action No.: 05-11362 MEL |

**ASSENTED-TO MOTION TO EXTEND TIME IN WHICH DEFENDANT MUST FILE A RESPONSE TO PLAINTIFFS' MOTION TO FACILITATE 216(b) NOTICE**

Defendant Dynamics Research Corporation respectfully moves this Court to extend the time in which it must respond to Joseph Skirchak's and Barry L. Aldrich's ("the Plaintiffs") Motion to Facilitate § 216(b) Notice (the "Motion") for one week up to and including August 26, 2005. As grounds for this Motion, Defendant states:

1. On August 5, 2005, Plaintiffs served the Motion on the Defendant.

2. The current deadline by which Defendant must respond to the Motion is August 19, 2005.

3. The requested extension is brief, and the Plaintiffs will not be prejudiced by the extension of time.

4. The Plaintiffs have assented to the relief requested.

- 2 -

WHEREFORE, Defendant requests the Court grant this Assented-To Motion and extend the deadline by which Defendant must respond to Plaintiffs' Motion up to and including August 26, 2005.

DYNAMICS RESEARCH CORPORATION,

By its attorneys,

_____
David S. Rosenthal (BBO # 429260)
Carrie J. Campion (BBO # 656451)
Jeffrey B. Gilbreth (BBO # 661496)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
617-345-1000

Assented To:

_____
Elayne N. Alanis (BBO# 660365)
LAW OFFICE OF ELAYNE N. ALANIS
10 Tremont Street, Third Floor
Boston, MA 01208
617-263-1203

Dated August 18, 2005

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on August 18, 2005

BOS1519874.1