UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH SKIRCHAK AND BARRY ALDRICH, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMICS RESEARCH CORPORATION, A Massachusetts corporation,<br><br>Defendant. | Civil Action No.: 05-11362 MEL |

## REQUEST FOR ORAL ARGUMENT

Defendant, Dynamics Research Corporation respectfully requests that this Court schedule an oral argument regarding Defendant's Motion to Dismiss Complaint and Compel Plaintiffs' Compliance with the Dispute Resolution Program.

DYNAMICS RESEARCH CORPORATION,

By its attorneys,

_____
David S. Rosenthal (BBO # 429260)
Carrie J. Campion (BBO # 656451)
Jeffrey B. Gilbreth (BBO # 661496)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
617-345-1000

Dated August 30, 2005

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on August 30, 2005.

BOS1522458.1



# NIXON PEABODY LLP
ATTORNEYS AT LAW

100 Summer Street
Boston, MA 02110-1832
(617) 345-1000
Fax: (617) 345-1300

Jeffrey B. Gilbreth
Direct Dial: (617) 345-1371
E-Mail: jgilbreth@nixonpeabody.com

August 30, 2005

**BY HAND DELIVERY**

Clerk, United States District Court
District of Massachusetts
United States Courthouse
One Courthouse Way
Boston, Massachusetts 02210

> RE: **Joseph Skirchak and Barry Aldrich, on Behalf of Themselves and all Others Similarly Situated v. Dynamics Research Corporation**
> **USDC Civil Action No. 05-11362 MEL**

Dear Sir/Madam:

Enclosed for filing please find:

1. Defendant's Request for Oral Argument regarding Defendant's Motion to Dismiss Complaint and Compel Plaintiffs' Compliance with the Dispute Resolution Program.

Kindly acknowledge receipt of this filing by date-stamping the enclosed copies and returning them with the messenger who has been instructed to wait.

The Defendants will also be filing promptly a reply to the Plaintiffs' Response to Defendant's Motion to Compel Arbitration, along with a Motion for leave to file the reply.

Thank you for your attention to this matter.

Very truly yours,

Jeffrey B. Gilbreth

Enclosures
cc: Hon. Morris E. Lasker
    Elayne N. Alanis, Esq,
    Shannon Liss-Riordan, Esq.