UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH SKIRCHAK AND BARRY ALDRICH, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>v.<br><br>DYNAMICS RESEARCH CORPORATION, A Massachusetts corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.:  05-11362 MEL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF ATTORNEY CARRIE J. CAMPION IN SUPPORT OF DEFENDANT'S REPLY BRIEF**

Carrie J. Campion, on oath, deposes and says:

1. I am one of the attorneys for the defendant, Dynamics Research Corporation ("DRC"), in the above captioned action.

2. Attached to this affidavit as Exhibit 1 is a true and accurate copy of an e-mail sent by Barry Aldrich on July 1, 2004.

3. Attached to this affidavit as Exhibit 2 is a true and accurate copy of DRC's Policy regarding "Guidance for Writing and Implementing Policies."

4. Attached to this affidavit as Exhibit 3 is a true and accurate copy of an e-mail sent to Barry Aldrich and Joseph Skirchak from John Wilkinson, Vice President of Human Resources, dated November 14, 2003.

- 2 -

5.      Attached to this affidavit as Exhibit 4 is a true and accurate copy of an e-mail to all DRC employees, including Barry Aldrich and Joseph Skirchak, from John Wilkinson dated November 25, 2003.

Signed under the pains and penalties of perjury this 19th day of September, 2005.

/s/ Carrie J. Campion
Carrie J. Campion

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by hand on September 19, 2005.

/s/ Carrie J. Campion

# EXHIBIT 1

BOS1398208.1

---

**From:** Aldrich . Barry
**Sent:** Thursday, July 01, 2004 8:29 AM
**To:** Venden . Sean
**Subject:** FW: Addressing Employee Issues

Sean,

Thanks for reviewing this memo for me.  The referenced policy and DRP documentation are attached.

Barry

-----Original Message-----
**From:** Aldrich . Barry
**Sent:** Thursday, July 01, 2004 8:28 AM
**To:** Balestrieri . Judith
**Cc:** LeBlanc . Joseph
**Subject:** Addressing Employee Issues

Judy,

In our discussion yesterday, you enumerated multiple scenarios relating to your employment with and treatment by DRC which you claimed to be related to your cancer diagnosis and associated leave of absence for

treatment. These issues included:

1. Your 2003 merit cycle raise which you believe to be inadequate and not commensurate with your 31 years of service to DRC.

2. The communication of that raise to you by mail while you were on medical leave.

3. The elimination of the Deliverable Database Specialist position (Level 10) as part of the recent corporate reorganization while you were out on leave and your subsequent reassignment to a lower Level 8 position (albeit at no change in pay) supporting the new organization.

4. The amount of special remuneration awarded under the Employee Recognition Program for your efforts while temporarily assigned to the EBS contract data conversion and set-up team.

5. The non-payment of any hiring referral bonus for your endorsement of the hiring of a temporary labor individual supporting the EBS data conversion.

6. DRC Benefits' advising you that you would needed to satisfy a second "elimination period" in order to receive salary benefits through the company's short-term disability insurance coverage.

If I have not captured these issues accurately or if there are other matters that you raised or wish to raise that have not been enumerated above, I would ask that you provide such clarification or additional information in writing. DRC Policy 2-115, Problem Resolution, provides a 3-tier roadmap, through the Dispute Resolution Program, for discussion and hopefully resolution of all such issues. The DRP provides for escalation of employee issues through increasing levels of management and ultimately for external mediation and arbitration, if appropriate, for any unresolved matters related to a legal right or obligation of the employee or company. As employees of the company, we have agreed to follow this policy and process so that issues can be resolved at the lowest level possible with minimal disruption or expense to either the employee or the company.

Please review the attached information on DRC's Problem Resolution Policy and the Dispute Resolution Program and take appropriate next steps as defined therein so that we can mutually proceed to resolution of your open issues.

Thanks.

Barry

<<2-115 Problem Resolution.doc>> <<Disp Res Memo to All employees final final.doc>> <<Dispute Resolution Plan 12-1-03 REVISED2FINAL.pdf>>

# EXHIBIT 2

BOS1398208.1

| DRC POLICY AND PROCEDURE | SUPERSEDES ISSUE DATED 06/15/2001 | NUMBER 2-135 REVISION 1 |
|---|---|---|
| **SUBJECT** | **PREPARED BY** Joseph LeBlanc | **EFFECTIVE** 08/28/2002 |
| **GUIDANCE FOR WRITING AND IMPLEMENTING POLICIES** | **APPROVED BY** John Wilkinson | **PAGE 1 OF 3** |
| | **APPROVED BY** James Regan | **DISTRIBUTION** All Employees |

A. **Purpose**

This policy is intended to provide guidance to individuals responsible for process leadership on how to effectively write and implement a policy, as a means to process improvement.

B. **Scope**

This guidance is intended for all DRC company policies. For the purposes herein all references to Dynamics Research Corporation ("DRC") shall mean DRC and its companies, subsidiaries and adopting affiliates. Generally, this applies to the core support processes of the company related to the human resource, financial, procurement, legal, security, contract management, systems services and delivery, sales and marketing, business operations and planning, facilities, information technology and corporate governance. This policy is not intended to apply to operational or procedure manuals—for example, quality management procedures, program management and administration manuals, software development procedures, customer delivery process, contracts administration manual or departmental procedure.

C. **Policy**

Policies must clearly address company issues and describe the desired operating method of the company for the issue(s). They must have practical guidance on how to implement the policy, be clear about requirements, and also be flexible where uniformity of process is not necessary. Finally, policies must make clear who is responsible for what.

Policies speak to all employees who participate in the process; they are communicated to all participants in the process; they are kept up to date, and are continually improved.

D. **Procedure**

1. **Writing a Policy**

    A policy should be divided into sections containing the following information:
    a. **Purpose**—Answers the question, "why" do we have this policy, "what" business problem the policy is intended to address.
    b. **Scope**—Answers the question, "who" does the policy affect? For example, scope could be defined in terms of organization, characteristics of employees, or geography.
    c. **Policy**—Answers the question, "what" desired operating condition results from implementing the policy. It should be clearly recognizable as what is "right" from a company viewpoint.
    d. **Procedure**—Details, "how" the policy is implemented and the work steps, i.e., telling people what to do to carry out the policy. It should also tell the reader how to get help with interpreting a policy.
    e. **Responsibilities**—Identifies "who" does what. Describes the responsibilities of each participant in the process, including the responsibilities for maintaining and interpreting the policy and for making exceptions to the policy.
    f. **Related Policies and Procedures**—Just what it says—list them (if any).

2. **Policy Writing "Do's" and "Don'ts"**

      a. Use forms, diagrams and checklists.

      b. Index the policy in outline form for ease of use. Write as if you are speaking to people. Use plain language and be respectful. Don't lecture or exaggerate.

      c. Keep polices up to date—review at least once per year.

      d. Refer to positions, not individuals.

3. **Process for Development and Approval of a Policy**

      a. Policies address business process needs. The "owner" of a business process should be the writer of the policy. If it isn't clear who owns the process, this must first be clarified.

      b. Writing or updating a policy can be either (1) the catalyst for implementing process change, or (2) a product needed to lock-in business process changes developed by a continuous process improvement team.

      c. Writing a policy requires:

          (1) obtaining input from participants in the process and customers of the process, which will result in drafting several versions before a final draft will be ready;

          (2) having the policy reviewed by others for content, grammar and clarity of communication; and especially, getting feedback from the users, or intended audience, of the policy—the people who have to carry out the procedures.

      d. Prior to final approval by the responsible executive staff member and CEO, policies having broad impact (affecting the majority of employees) must be reviewed by the Executive Management Committee (EMC); and, prior to publication, by the Communications Committee for clarity and advice on the best dissemination method(s) for communicating the policy to affected employees.

      e. Prior to approval, the policy must be sent to the Publications Supervisor to be transcribed into the standard DRC policy format, with all exhibits attached.

      f. All policies and forms should be posted on the intranet.

      g. Policies with a broad effect should be electronically mailed to the EMC with a cover note explaining the significant changes included in the updated policy.

      h. Policies that affect all employees should be electronically mailed to the Communication Committee for review and recommendation on appropriate dissemination.

E. **Responsibilities**

      a. The Vice President and General Manager of Human Resources is the administrator responsible for Policies and Procedures.

      b. The General Manager/VP of the sponsoring group is responsible for consenting to a proposal for a new policy or policy changes going forward.

      c. The appropriate functional policy writer is responsible for obtaining a policy number from the Policy Administrator, drafting the policy or changes, submitting the draft and a communications plan to the responsible VP and the CEO for preliminary approval, and forwarding the draft and changes to the Publications Supervisor for proper formatting.

      d. The sponsoring General Manager/VP is then responsible for forwarding the revised electronic draft to the EMC for consideration and comment, and to the Communications Committee when the policy is to have widespread dissemination.

      e. The Communications Committee is responsible for reviewing the revised draft for general clarity and

      for recommending an appropriate internal dissemination strategy.

- f. The functional Policy Writer is responsible for reviewing the EMC's and the Communications Committee's comments and making changes as appropriate.
- g. The functional VP and the CEO are responsible for final approval signatures.
- h. The Administrator (Admin support to Vice President of Human Resources) shall be responsible for
    - (1) assigning a policy number
    - (2) distributing the approved policy to all policy manual holders
    - (3) notifying Publications Supervisor after policy has been approved so that it can be put on DRC's Intranet, and
    - (4) announcing via e-mail that the new or revised policy is available on DRC's Intranet.
- i. The Publications Supervisor is responsible for transcribing the draft policy into standard format and for sending the approved policy to be posted on DRC's Intranet.

# PROCESS FLOW



DRC Proprietary

# EXHIBIT 3

**From:** Wilkinson . John
**Sent:** Friday, November 14, 2003 9:56 AM
**To:** Weber . Andy; Barry Aldrich; Ju . Chet; Keleher . David; John Wilkinson; OBrien . Larry; Michael Kelley; Covel . Richard; Robert Cutter; Smith . Robert; Sykes . Robert; Kelly . Thomas

**Cc:** Mackintosh . Gary; Ricker . John; Flanagan . John; Nassar . Nicandra; Hotz . Kathern; Bridget Heekin; Jackie Clericuzio; Healy . Janis; LeBlanc . Joseph; Joseph Skirchak; Ahlquist . Stephen

**Subject:** Dispute Resolution Program (DRP)

All: Please read the letter and plan document attached thoroughly and thoughtfully. Your involvement in the launch of this new policy/practice is vital to its success. Thanks. <<DRP draft to GMs (11-13-03).doc>> <<Dispute Resolution Plan 11-14-03.DOC>>

# John Wilkinson
# 978 475-9090  Ext. 2385

# EXHIBIT 4

**From:** Wilkinson, John
**Sent:** Tuesday, November 25, 2003 11:42 AM
**To:** _Employees
**Cc:** Clericuzio, Jackie
**Subject:** Dispute Resolution Program

All: Please read the three attachments carefully and thoroughly. The first is a memo describing our new Dispute Resolution Program. The second is the DRC policy that covers the process for internal problem resolution. The third is the actual plan document.

Thanks for your careful attention to these documents.    John

<<Disp Res Memo to All employees final final.doc>> <<2-115 Problem Resolution.doc>> <<Dispute Resolution Plan 12-1-03 REVISED2FINAL.pdf>>

**John Wilkinson**
**978 475-9090  Ext. 2385**