## PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.
Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108
----------
Telephone (617) 367-7200
Fax (617) 367-4820

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea

Nicole Horberg Decter**
Rebecca G. Pontikes
Alfred Gordon
Leah M. Barrault
Stephen Young

Tod A. Cochran
Of COUNSEL

*Also admitted in Maine
**Also admitted in New York

November 4, 2005

The Honorable Morris E. Lasker
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

    RE:   Joseph Skirchak et al. v. Dynamics Research Corporation
           USDC Civil Action No. 05-11362 MEL

Dear Judge Lasker:

    At the close of the oral argument last week on Defendant's Motion to Compel Arbitration, you mentioned that a decision on this motion might take some time. We of course appreciate that a ruling on such a significant matter would not be quick.

    Bearing in mind that, if this case stays in court, the statute of limitations is currently running for opt-in plaintiffs, I request on behalf of the plaintiffs that the Court toll the statute of limitations for opt-in plaintiffs, pending a ruling on the motion to compel arbitration and the issuance of notice to the class that the plaintiffs have requested.

    Thank you for your attention to this matter.

                                    Sincerely,

                                    Shannon Liss-Riordan

cc:   David S. Rosenthal, Esq.
       Elayne N. Alanis, Esq.