UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH SKIRCHAK and BARRY L. ALDRICH, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DYNAMICS RESEARCH CORPORATION, <br><br> Defendant. | Civil Action No.: 05 11362 MEL |

## PROPOSED ORDER

MORRIS E. LASKER, Senior District Judge:

Plaintiffs filed this class and collective action against their former employer, Dynamics Research Corporation ("DRC"), alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ et seq., and Mass. Gen. Laws Ch. 151 §§ 1A and 1B, for failure to pay overtime compensation. On August 5, 2005, Plaintiffs filed a Motion to Facilitate Section 216(b) Notice. Defendant DRC has filed a motion to dismiss this action and compel arbitration, and the Court held a hearing on that motion on October 27, 2005. The plaintiffs have asked the Court to toll the statute of limitations.

The Court grants plaintiffs' request and hereby orders that the statute of limitations shall be tolled for potential opt-in plaintiffs in this matter from:

___ The date of the plaintiffs' complaint, June 28, 2005,

___ The date of the plaintiffs' Motion to Facilitate 216(b) Notice, August 5, 2005,

___ The date of this Order,

through the date of the Court's pending ruling on Plaintiffs' Motion to Facilitate 216(b) Notice. See Baldozier v. American Family Mutual Ins. Co., 375 F.Supp.2d 1089, 1092-93 (D. Colo. 2005) (tolling statute of limitations for potential opt-in plaintiffs from date of filing of complaint).

                                                           MORRIS E. LASKER  
                                                           Senior District Judge  
                                                           United States District Court for the  
                                                           District of Massachusetts

Dated: November ___, 2005