UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH SKIRCHAK and BARRY L. ALDRICH, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs,<br>v.<br><br>DYNAMICS RESEARCH CORPORATION,<br><br> Defendant. | Civil Action No.: 05 11362 MEL |

**NOTICE OF APPEARANCE**

Please enter the appearance of Shannon Liss-Riordan, Esq. as attorney for the Plaintiffs. Elayne Alanis, Esq. will continue to represent the Plaintiffs as well.

January 4, 2006

 s/Shannon Liss-Riordan
Shannon Liss-Riordan, BBO# 640716
Stephen Young, BBO # 662914
Pyle, Rome, Lichten, Ehrenberg
    & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, Massachusetts 02108
(617) 367-7200