## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH SKIRCHAK and BARRY L. ALDRICH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>DYNAMICS RESEARCH CORPORATION,<br><br>Defendant. | Civil Action No.: 05 11362 MEL |

### NOTICE OF APPEARANCE

Please enter the appearance of Stephen Young, Esq. as attorney for the Plaintiffs. Elayne Alanis, Esq. will continue to represent the Plaintiffs as well.

                                                  s/Stephen Young
                                                  Shannon Liss-Riordan, BBO# 640716
                                                  Stephen Young, BBO # 662914
                                                  Pyle, Rome, Lichten, Ehrenberg
                                                        & Liss-Riordan, P.C.
                                                  18 Tremont Street, Suite 500
                                                  Boston, Massachusetts 02108
January 4, 2006                     (617) 367-7200