**UNITED STATES DISTRICT COURT**
BOSTON, MASSACHUSETTS 02210

CHAMBERS OF
JUDGE MORRIS E. LASKER

April 6, 2006

Elayne N. Alanis, Esq.
3rd Floor
10 Tremont Street
Boston, MA 02108

Shannon E. Liss-Riordan, Esq.
Pyle, Rome, Lichten, Ehrenberg
 & Liss-Riordan, P.C.
18 Tremont St., Suite 500
Boston, MA 02109

David S. Rosenthal, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

    RE: <u>Joseph Skirchak, et al</u> v. <u>Dynamics Research
      Corporation, Inc.</u> 05-CV-11362-MEL

Dear Counsel:

  I have today filed a Memorandum and Order disposing of defendant's motion to dismiss the complaint.

  There remains for determination the issue raised at our last meeting of whether the arbitrator or the Court is the proper forum to determine the question of equitable tolling of the statute of limitations. While this question was discussed at our meeting it has not been briefed. Accordingly, I request that each of you file your views on this question on April 26, 2006. Do not file answering papers unless the Court asks you to do so.

         Very truly yours,

         Morris E. Lasker
         United States District Judge