UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOSEPH SKIRCHAK AND BARRY ALDRICH, )
ON BEHALF OF THEMSELVES AND ALL )
OTHERS SIMILARLY SITUATED, )
)
   Plaintiffs, )
)
v. )
) Civil Action No.: 05-11362 MEL
DYNAMICS RESEARCH CORPORATION, )
A Massachusetts corporation, )
)
   Defendant. )
)
)
)

## AFFIDAVIT OF RICHARD COVEL IN SUPPORT OF DYNAMICS RESEARCH CORPORATION'S MOTION FOR RECONSIDERATION

I, the undersigned, Richard Covel, do upon my oath depose and say as follows:

1. I am the General Counsel of Dynamics Research Corporation ("DRC").

2. I have read the Court's Memorandum and Order on DRC's Motion to Dismiss and Compel Compliance with the Dispute Resolution Program ("Order").

3. In the Order (on page 7), the Court made a statement, referring to the affidavits of Joseph Skirchak (¶ 6) and Barry Aldrich (¶ 8), that is not correct. The incorrect statement is "there is evidence that DRC management was aware that it was in violation of the wage laws and rushed to implement the Dispute Resolution Program ("Program") in an attempt to protect itself from potential liabilities."

BOS1586037.3

4. DRC, in actuality, implemented the Program as a direct result of increased litigation, rising litigation costs, rising premiums on Employer Practices Liability Insurance, and increased (300%) retention rates. In an effort to provide a mechanism for resolving employee disputes and to contain litigation costs generally, DRC implemented the Program as a method to reduce and contain litigation costs, consistent with the goals and purpose of the Dispute Resolution Program: "DRC ...established program features to make the resolution processes cost-effective and timely for employees and the Company." (Dispute Resolution Program, p. 4). At the Court's request, I could provide further testimony and documentation to support DRC's concerns over rising litigation costs and litigation defense insurance rates and its implementation of the Program in response to those concerns.

5. The Program was certainly not initiated or implemented because of any concern about the claim asserted in this action by the plaintiffs, or any other wage law violation claim.

6. In the Order (on page 8), the Court made another incorrect statement, without referring to affidavits. The incorrect statement is, "...DRC failed to follow its usual procedure for implementing personnel changes, which often included holding meetings with employees, conducting manager training about the new policy, requiring employees to acknowledge their awareness and understanding of a new policy, or sending information to employees' homes."

7. Quite to the contrary, the process which DRC uses in the ordinary course to notify employees of changes in the terms and conditions of their employment is the process described in the Company policy attached to the Campion Affidavit as Exhibit 2. In the first example given by Mr. Skirchak in his affidavit, the additional procedure, training sessions for supervisors, was not employed as a means of providing notice of the change in the new compensation program, but rather was designed to inform supervisors how to administer the new program. As

Skirchak says, the first two steps were email notification and articles in *Concerning You*. With respect to the second example, the new retirement program was rolled-out using additional steps because employees were requested to affirmatively select new investment options by a certain date, using the website or telephone number provided by DRC's 401K benefits provider.

8.      As part of DRC's process in developing the Program, we solicited comments from high level managers and human resources professionals, including Messrs. Skirchak and Aldrich. On November 14, 2003, the Vice President of Human Resources, John Wilkinson, sent the Program to them requesting that they read the letter and plan document thoroughly and thoughtfully. In reply to Mr. Wilkinson's email, I sent a follow-up email, sent with high importance, to the same recipients instructing them to provide their comments directly to Mr. Wilkinson. (Email from Richard Covel to recipients including Joseph Skirchak and Barry Aldrich dated November 14, 2003 attached as Exhibit A.) As a result, Messrs. Skirchak and Aldrich received two emails regarding the Program on November, 14, 2003. Mr. Aldrich provided his comments and revisions of the Program to me on November 19, 2003. (Email from Dottie Degrassie to Richard Covel concerning, "DRP with Barry's [Aldrich] Changes" dated November 19, 2003, attached as Exhibit B.)

9.      DRC in actuality implemented the Program utilizing its "usual procedure" as mandated in DRC's Guidance for Writing and Implementing Policies (attached to Campion Aff. Exhibit 2 which was submitted with DRC's Reply Memorandum in Further Support of its Motion to Dismiss).

Signed under the pains and penalties of perjury this 24th day of April, 2006.

*Richard A. Covel*
Richard Covel

# EXHIBIT A

Covel . Richard
_____

| | |
|---|---|
| From: | Covel . Richard |
| Sent: | Friday, November 14, 2003 12:49 PM |
| To: | Wilkinson . John; Weber . Andy; Aldrich . Barry; Ju . Chet; Keleher . David; OBrien . Larry; Kelley . Michael; Cutter . Robert; Smith . Robert; Sykes . Robert; Kelly . Thomas |
| Cc: | Mackintosh . Gary; Ricker . John; Flanagan . John; Nassar . Nicandra; Hotz . Kathern; Heekin . Bridget; Clericuzio . Jackie; Healy . Janis; LeBlanc . Joseph; Skirchak . Joseph; Ahlquist . Stephen |
| Subject: | RE: Dispute Resolution Program (DRP) |
| Importance: | High |

Please do not disseminate the materials John has sent you. Please provide only John with any comments you may have on the program.

    Thanks

    Rich

-----Original Message-----

| | |
|---|---|
| From: | Wilkinson . John |
| Sent: | Friday, November 14, 2003 9:56 AM |
| To: | Andy Weber; Barry Aldrich; Chet Ju; David Keleher; John Wilkinson; Larry O'Brien; Michael Kelley; Richard Covel; Robert Cutter; Robert Smith; Robert Sykes; Thomas Kelly |
| Cc: | Mackintosh . Gary; Ricker . John; Flanagan . John; Nassar . Nicandra; Hotz . Kathern; Bridget Heekin; Jackie Clericuzio; Janis Healy; Joseph LeBlanc; Joseph Skirchak; Stephen Ahlquist |
| Subject: | Dispute Resolution Program (DRP) |

All: Please read the letter and plan document attached thoroughly and thoughtfully. Your involvement in the launch of this new policy/practice is vital to its success. Thanks. << File: DRP draft to GMs (11-13-03).doc >> << File: Dispute Resolution Plan 11-14-03.DOC >>

# John Wilkinson
# 978 475-9090  Ext. 2385

1

# EXHIBIT B

## Covel . Richard

**From:** deGrasse . Dottie
**Sent:** Wednesday, November 19, 2003 9:06 AM
**To:** Covel . Richard
**Subject:** DRP w/Barry's Changes

**Attachments:** Dispute Resolution Plan redline 12-1-03 FINAL.doc

Rich,

Here a revised redlined version of the plan with Barry's changes.



Dispute Resolution
Plan redlin...

Dottie

1