**PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**
Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108

Telephone (617) 367-7200
Fax (617) 367-4820

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea
Alfred Gordon

Nicole Horberg Decter**
Rebecca G. Pontikes
Leah M. Barrault
Stephen Young
David Conforto
Hillary Schwab**

Tod A. Cochran
Of COUNSEL

*Also admitted in Maine
**Also admitted in New York

April 24, 2006

The Honorable Morris E. Lasker
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE:  Joseph Skirchak et al. v. Dynamics Research Corporation
     USDC Civil Action No. 05-11362 MEL

Dear Judge Lasker:

In response to the Court's letter of April 6, 2006, I have conferred with the defendant's counsel and agree with him that, since the case will now proceed in arbitration, the statute of limitations issue should be determined by the Arbitrator.

Thank you for your consideration of this matter.

Sincerely,

Shannon Liss-Riordan

cc:  David S. Rosenthal, Esq.
     Elayne N. Alanis, Esq.

74