

# NIXON PEABODY LLP
ATTORNEYS AT LAW

100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
Fax: (617) 345-1300

David S. Rosenthal
Direct Dial: (617) 345-6183
Direct Fax: 866-368-6633
E-Mail: drosenthal@nixonpeabody.com

April 25, 2006

Honorable Morris E. Lasker
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:   **Skirchak v. Dynamics Research Corporation**
      **Civil Action No. 05-11362 MEL**

Dear Judge Lasker:

In response to the Court's letter of April 6, 2006 requesting briefs on the tolling issue, Dynamics Research Corporation's ("DRC") review of the applicable case law reflects that the tolling issue about which the Court inquired is a matter properly decided by an arbitrator. *Howsam v. Dean Witter Reynolds*, 537 U.S. 79, 84-85 (2002).

Very truly yours,

David S. Rosenthal

cc:   Shannon Liss-Riordan. Esq.
      Elayne N. Alanis, Esq.

BOS1588436.1

ALBANY, NY · BOSTON, MA · BUFFALO, NY · GARDEN CITY, NY · HARTFORD, CT · LOS ANGELES, CA · MANCHESTER, NH · McLEAN, VA · NEW YORK, NY
ORANGE COUNTY, CA · PALM BEACH GARDENS, FL · PHILADELPHIA, PA · PROVIDENCE, RI · ROCHESTER, NY · SAN FRANCISCO, CA · WASHINGTON, DC