## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11362

Joseph Skirchak, et al

v.

Dynamics Research Corporation

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-25, 27-31

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/10/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 22, 2006.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/23/06

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11362-MEL

Skirchak et al v. Dynamics Research Corporation
Assigned to: Senior Judge Morris E. Lasker
Demand: $8,000,000
Cause: 29:201 Fair Labor Standards Act

Date Filed: 06/28/2005
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

### Plaintiff

**Joseph Skirchak**
*on behalf of himself and all others similarly situated*

represented by **Elayne N. Alanis**
3rd Floor
10 Tremont St.
Boston, MA 02108
617-263-1203
Fax: 617-723-4729
Email: ealanislaw@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon E. Liss-Riordan**
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street
Suite 500
Boston, MA 02109
617-367-7200
Fax: 617-367-4820
Email: sliss@prle.com
*ATTORNEY TO BE NOTICED*

**Stephen C. Young**
Pyle, Rome Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street
Suite 500
Boston, MA 02108
617-367-7200
Fax: 617-367-4820

*TERMINATED: 04/03/2006*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Barry L. Aldrich**
*on behalf of himself and all others similarly situated*

represented by **Elayne N. Alanis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon E. Liss-Riordan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen C. Young**
(See above for address)
*TERMINATED: 04/03/2006*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Dynamics Research Corporation**

represented by **Carrie J. Campion**
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
617-345-1045
Email: ccampion@nixonpeabody.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David S. Rosenthal**
Nixon Peabody LLP (BOS)
100 Summer Street
Boston, MA 02110
617-345-6183
Email: drosenthal@nixonpeabody.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey B. Gilbreth**
Nixon Peabody LLP

100 Summer Street
Boston,, MA 02110
617-345-1000
Fax: 866-812-2847
Email: jgilbreth@nixonpeabody.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2005 | 1 | COMPLAINT against Dynamics Research Corporation Filing fee: $ 250, receipt number 65266, filed by Joseph Skirchak, Barry L. Aldrich.(Howarth, George) (Entered: 06/30/2005) |
| 06/28/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Howarth, George) (Entered: 06/30/2005) |
| 06/28/2005 |  | Summons Issued as to Dynamics Research Corporation. (Howarth, George) (Entered: 06/30/2005) |
| 07/14/2005 | 2 | SUMMONS Returned Executed Dynamics Research Corporation served on 7/5/2005, answer due 7/25/2005. (Howarth, George) (Entered: 07/19/2005) |
| 08/05/2005 | 3 | MOTION to Facilitate sec216(b) notice re 1 Complaint by Joseph Skirchak, Barry L. Aldrich.(Howarth, George) (Entered: 08/09/2005) |
| 08/05/2005 | 4 | MEMORANDUM in Support re 3 MOTION to Facilitate sec216(b) notice re 1 Complaint filed by Joseph Skirchak, Barry L. Aldrich. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Howarth, George) (Entered: 08/09/2005) |
| 08/09/2005 | 5 | MOTION to Dismiss, and Compel Plaintiffs' Compliance with the Dispute Resolution Program re 1 Complaint by Dynamics Research Corporation.(Howarth, George) (Entered: 08/12/2005) |
| 08/09/2005 | 6 | MEMORANDUM in Support re 5 MOTION to Dismiss and Compel Plaintiffs' Compliance with the Dispute Resolution Program re 1 Complaint filed by Dynamics Research Corporation. (Howarth, George) (Entered: 08/12/2005) |

| | | |
|---|---|---|
| 08/09/2005 | 7 | AFFIDAVIT of Joseph LeBlanc in Support re 5 MOTION to Dismiss MOTION Compliance with the Dispute Resolution Program re 1 Complaint. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6) (Howarth, George) (Entered: 08/12/2005) |
| 08/19/2005 | 8 | ASSENTED TO MOTION for Extension of Time to August 26, 2005 to Respond to deft's motion to dismiis complaint and compel pltfs' compliance with the dispute resolution. by Joseph Skirchak, Barry L. Aldrich, Dynamics Research Corporation.(Howarth, George) (Entered: 08/22/2005) |
| 08/19/2005 | 9 | MOTION for Extension of Time to August 26, 2005 to Respond to pltfs' motion to facilitate 216(b) notice. by Joseph Skirchak, Barry L. Aldrich, Dynamics Research Corporation. (Howarth, George) (Entered: 08/22/2005) |
| 08/23/2005 | | Judge Morris E. Lasker : ORDER entered granting 8 Motion for Extension of Time in which pltfs must fule a response to deft's motion to dismiss. (Howarth, George) (Entered: 08/25/2005) |
| 08/23/2005 | | Judge Morris E. Lasker : ORDER entered granting 9 Motion for Extension of Time in which deft must file a response to pltfs' motion to facilitate 216(b)notice. (Howarth, George) (Entered: 08/25/2005) |
| 08/26/2005 | 10 | MEMORANDUM in Opposition re 3 MOTION to Facilitate sec216(b) notice re 1 Complaint filed by Dynamics Research Corporation. (Howarth, George) (Entered: 08/31/2005) |
| 08/26/2005 | 11 | RESPONSE to Motion re 5 MOTION to Dismiss MOTION Compliance with the Dispute Resolution Program re 1 Complaint filed by Joseph Skirchak, Barry L. Aldrich. (Howarth, George) (Entered: 08/31/2005) |
| 08/30/2005 | 12 | Request for Oral Argument re 5 MOTION to Dismiss MOTION Compliance with the Dispute Resolution Program re 1 Complaint by Dynamics Research Corporation.(Howarth, George) (Entered: 08/31/2005) |
| 09/19/2005 | 13 | REPLY to Response to Motion re 5 MOTION to Dismiss MOTION Compliance with the Dispute Resolution Program re 1 Complaint filed by Dynamics Research Corporation. (Campion, Carrie) (Entered: 09/19/2005) |
| 09/19/2005 | 14 | AFFIDAVIT in Support re 13 Reply to Response to Motion to |

| | | |
|---|---|---|
| | | *Dismiss.* (Attachments: # 1 Exhibit Exhibits 1-4 of Campion Affidavit)(Campion, Carrie) (Entered: 09/19/2005) |
| 10/12/2005 | 🔵 | Electronic NOTICE of Hearing on Motion 3 MOTION to Facilitate sec216(b) notice re 1 Complaint, 5 MOTION to Dismiss MOTION Compliance with the Dispute Resolution Program re 1 Complaint: Motion Hearing set for 10/27/2005 10:00 AM in Courtroom 8 before Judge Morris E. Lasker. (Howarth, George) Modified on 11/18/2005 (Howarth, George). (Entered: 10/12/2005) |
| 10/27/2005 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Morris E. Lasker : Motion Hearing held on 10/27/2005 re 5 MOTION to Dismiss MOTION Compliance with the Dispute Resolution Program re 1 Complaint filed by Dynamics Research Corporation,.Arguments, Motion taken under advisement. (Court Reporter none.) (Howarth, George) (Entered: 10/28/2005) |
| 11/04/2005 | 🔵 15 | Letter/request (non-motion) from Shannon Liss-Riordan. (Liss-Riordan, Shannon) (Entered: 11/04/2005) |
| 11/21/2005 | 🔵 17 | Letter/request (non-motion) from Attorney David S. Rosenthal. (Howarth, George) (Entered: 12/01/2005) |
| 11/28/2005 | 🔵 16 | Proposed Document(s) submitted by Barry L. Aldrich. Document received: Proposed Order. (Howarth, George) (Entered: 12/01/2005) |
| 12/06/2005 | 🔵 18 | Letter from Mr. Rosenthal in response to pltf's letter. (Attachments: # 1 Exhibit A)(Howarth, George) (Entered: 12/06/2005) |
| 12/06/2005 | 🔵 | Notice of correction to docket made by Court staff. Correction: Docket no 18 corrected because: Wrong pleadings filed (Howarth, George) (Entered: 12/06/2005) |
| 12/29/2005 | 🔵 | Judge Morris E. Lasker : Electronic ORDER entered granting 12 Motion for Hearing (Howarth, George) (Entered: 12/29/2005) |
| 01/04/2006 | 🔵 19 | NOTICE of Appearance by Shannon E. Liss-Riordan on behalf of all plaintiffs (Liss-Riordan, Shannon) (Entered: 01/04/2006) |
| 01/04/2006 | 🔵 20 | NOTICE of Appearance by Stephen C. Young on behalf of all plaintiffs (Young, Stephen) (Entered: 01/04/2006) |

| | | |
|---|---|---|
| 01/09/2006 | | Electronic NOTICE of Hearing on Tolling Statue of Limitations set for January 23, 2006 at 2:15 p.m.in Courtroom No. 8 on the 3rd floor. (Howarth, George) Modified on 1/11/2006 (Howarth, George). (Entered: 01/09/2006) |
| 01/23/2006 | | NOTICE OF RESCHEDULING Motion Hearing which was set for January 23,2006. The Motion Hearing is now set for 1/26/2006 11:00 AM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 01/23/2006) |
| 01/26/2006 | | ElectronicClerk's Notes for proceedings held before Judge Morris E. Lasker : Hearing re Motion on equitable tolling held on 1/26/2006.Arguments, taken under advisement. (Court Reporter none.) (Howarth, George) (Entered: 01/30/2006) |
| 04/03/2006 | 21 | NOTICE of Withdrawal of Appearance by Stephen C. Young (Young, Stephen) (Entered: 04/03/2006) |
| 04/05/2006 | 22 | Letter/request (non-motion) from Shannon Liss-Riordan. (Attachments: # 1 Exhibit Thibodeau v. Comcast Decision) (Liss-Riordan, Shannon) (Entered: 04/05/2006) |
| 04/06/2006 | 23 | Letter from The Court to counsel in the case regarding determination of the issue of equitable tolling.. (Howarth, George) (Entered: 04/10/2006) |
| 04/06/2006 | 24 | Judge Morris E. Lasker : ORDER entered granting in part and denying in part 5 Motion to Dismiss, granting in part and denying in part 5 Motion To dismiss and to compel compliance with its Dispue Resolution Program.For Full Text See Docket No.24. (Howarth, George) (Entered: 04/10/2006) |
| 04/24/2006 | 25 | MOTION for Reconsideration *Of This Court's Order Holding That The Class Action Waiver Set Forth In The Dispute Resolution Program is Unconscionable And, For That Reason, Is Not Enforceable* by Dynamics Research Corporation. (Gilbreth, Jeffrey) (Entered: 04/24/2006) |
| 04/24/2006 | 26 | MEMORANDUM in Support re 25 MOTION for Reconsideration *Of This Court's Order Holding That The Class Action Waiver Set Forth In The Dispute Resolution Program is Unconscionable And, For That Reason, Is Not Enforceable* filed by Dynamics Research Corporation. (Attachments: # 1 Exhibit A)(Gilbreth, Jeffrey) (Entered: 04/24/2006) |
| 04/24/2006 | 27 | AFFIDAVIT of Richard Covel in Support re 25 MOTION for |

| | | |
|---|---|---|
| | | Reconsideration *Of This Court's Order Holding That The Class Action Waiver Set Forth In The Dispute Resolution Program is Unconscionable And, For That Reason, Is Not Enforceable* filed by Dynamics Research Corporation. (Attachments: # 1 Exhibit A and B)(Gilbreth, Jeffrey) (Entered: 04/24/2006) |
| 04/24/2006 | 28 | Letter/request (non-motion) from Shannon Liss-Riordan. (Liss-Riordan, Shannon) (Entered: 04/24/2006) |
| 04/25/2006 | 29 | Letter/request (non-motion) from David Rosenthal *Re: The Court's Request on April 6, 2006, Requesting Briefs on the Tolling Issue.* (Gilbreth, Jeffrey) (Entered: 04/25/2006) |
| 05/08/2006 | 30 | Opposition re 25 MOTION for Reconsideration *Of This Court's Order Holding That The Class Action Waiver Set Forth In The Dispute Resolution Program is Unconscionable And, For That Reason, Is Not Enforceable* filed by Joseph Skirchak, Barry L. Aldrich. (Liss-Riordan, Shannon) (Entered: 05/08/2006) |
| 05/10/2006 | 31 | NOTICE OF APPEAL as to 24 Order on Motion to Dismiss,, Order on Motion for Miscellaneous Relief, by Dynamics Research Corporation. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/30/2006. (Rosenthal, David) (Entered: 05/10/2006) |
| 05/10/2006 | | Filing fee: $ 455.00, receipt number 72389 for 31 Notice of Appeal, (Howarth, George) (Entered: 05/11/2006) |