# MANDATE

USDC/MA-Bo
Lasker, M.

# United States Court of Appeals
## For the First Circuit

No. 06-1840

JOSEPH SKIRCHAK, on behalf of himself and all others similarly situated; BARRY L. ALDRICH, on behalf of himself and all others similarly situated

Plaintiffs - Appellees

v.

DYNAMICS RESEARCH CORPORATION

Defendant - Appellant

**JUDGMENT**

Entered: June 23, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk
Date: 6/23/06

By the Court:
Richard Cushing Donovan, Clerk

JULIE GREGG
By: _____
Operations Manager

[cc: Elayne N. Alanis, Esq., Shannon Liss-Riordan, Esq., Carrie Campion, Esq., David S. Rosenthal, Esq., Jeffrey B. Gilbreth, Esq.]