# NIXON PEABODY LLP

100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
Fax: (617) 345-1300

Davis S. Rosenthal
Direct Dial: (617) 345-6183
Direct Fax: (866) 368-6633
E-Mail: drosenthal@nixonpeabody.com

July 10, 2006

Honorable Morris E. Lasker
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

> Re:     **Skirchak v. Dynamics Research Corporation**
>          **Civil Action No. 05-11362 MEL**

Dear Judge Lasker:

On August 8, 2005, Dynamics Research Corporation ("DRC") moved to dismiss this action so that the claims asserted by plaintiffs could be adjudicated in accordance with DRC's Dispute Resolution Program (the "DRP"). The Court agreed that the plaintiffs' claims should be adjudicated through the procedures established by the DRP, but struck the class action provision in the DRP as "unconscionable." Thus, on April 10, 2006, this Court granted, in part, DRC's Motion to Dismiss Complaint and Compel Compliance with the Dispute Resolution Program. On July 5, 2006, the Court denied Dynamic Research Corporation's Motion for Reconsideration of this Court's Order Holding that the Class Action Waiver Set Forth in the Dispute Resolution Program is Unconscionable and, For That Reason is Not Enforceable. Plaintiffs have commenced an arbitration before the American Arbitration Association of the identical claims asserted in the action.

There are now no matters pending before the Court. When all matters before the court are arbitrable, the court may dismiss the entire action. *See Bercovitch v. Baldwin Sch. Inc.*, 133 F. 3d 141, 156 n.21 (1st Cir. 1998); *Boulet v. Bangor Securities, Inc.* 324 F. Supp.2d 120, 127 (D. Me. 2004). Since there are no live controversies before the Court, the appropriate procedure is dismissal of the action, without prejudice. *Sea-Land Serv. Inc. v. Sea-Land of P.R., Inc.* (D. P.R. 1986) citing *Moses H. Cone Mem'l Hosp. v. Mercury Constr.*, 460 U.S. 1, 13 (1983). The parties will not be prejudiced by the Court's dismissal of the action because the dismissal will not preclude either party from seeking judicial review, or from seeking enforcement of the arbitration award, if any, at some time in the future.

Honorable Morris E. Lasker
July 10, 2006
Page 2


       Because the Court has now compelled the Plaintiffs to comply with the DRP (other than the class action provision), and has adjudicated all matters pending before it, Dynamics Research Corporation respectfully requests that the Court issue an Order dismissing the case in its entirety.

                    Very truly yours,

                    /s/ David S. Rosenthal

                    David S. Rosenthal

cc:    Shannon Liss-Riordan, Esq.
       Elayne N. Alanis, Esq.