UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH SKIRCHAK and BARRY L. ALDRICH
Plaintiff(s)

v.                                    CIVIL ACTION NO.  05-11362-MEL

DYNAMICS RESEARCH CORPORATION, INC.
Defendant(s)

## JUDGMENT IN A CIVIL CASE

LASKER,S.D.J..

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

In accordance with the Memorandum and Order dated April 6, 2006. The defendant Dynamics Research Corp., Inc.'s motion to dismiss the complaint and to compel compliance with the Dispute Resolution Program is granted in part and denied in part. Plaintiffs Joseph Skirchak and Barry L. Aldrich's claims may proceed on a class basis before arbitrator.
The case is dismissed.

SARAH A. THORNTON,  CLERK

Dated: July 25,2006               /s/ George H. Howarth
                                  ( By )  Deputy Clerk

(judgciv.frm - 10/96)                              [jgm.]