UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH SKIRCHAK AND BARRY ALDRICH, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMICS RESEARCH CORPORATION, A Massachusetts corporation,<br><br>Defendant. | Civil Action No.: 05-11362 MEL |

### DYNAMICS RESEARCH CORPORATION'S NOTICE OF APPEAL

Notice is hereby given that Dynamics Research Corporation ("DRC"), the defendant in the above captioned action, pursuant to the Federal Arbitration Act, 9 U.S.C. § 16(a)(1)(c) and/or § 16(a)(3), appeals to the United States Court of Appeals for the First Circuit from a portion of the District Court's Memorandum and Order entered on April 10, 2006, and from the District Court's electronic Order entered on June 27, 2006. In support of its Notice of Appeal, DRC states as follows:

1. The Court's April 10, 2006 Order granted in part and denied in part DRC's Motion to Dismiss and Compel Compliance with its Dispute Resolution Program;

2. DRC appeals the portion of the Order which struck Rule 12 of Appendix A from DRC's Dispute Resolution Program (the "Program"), which provided, "The Arbitrator shall have no authority to consider class claims or join different claimants or grant relief other than on an individual basis to the individual employee involved. The right of any party to pursue a class action for a Dispute subject to the Program shall be waived to the fullest extent permitted by law.";

1592311.2

3.      DRC appeals that portion of the Order as a matter of right pursuant to the Federal Arbitration Act, 9 U.S.C. § 16(a)(1)(C), because the Court did not compel arbitration in accordance with the Program as provided by 9 U.S.C. § 206; and

4.      DRC appeals that same portion of the Order as a matter of right pursuant to the Federal Arbitration Act, 9 U.S.C. § 16(a)(3), because there has been a final decision with respect to an arbitration that is subject to the Federal Arbitration Act. The District Court dismissed the case and issued a Judgment In A Civil Case on July 25, 2006.

5.      DRC also appeals from the District Court's electronic Order entered on June 27, 2006, denying DRC's Motion for Reconsideration of the Court's Order Holding That The Class Action Waiver Set Forth In The Dispute Resolution Program Is Unconscionable And, For That Reason, Is Not Enforceable.

**DYNAMICS RESEARCH CORPORATION,**

By its attorneys,

    /s/ Carrie Campion
David S. Rosenthal (BBO # 429260)
Carrie J. Campion (BBO # 656451)
Jeffrey B. Gilbreth (BBO # 661496)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
617-345-1000

Dated: July 25, 2006

1592311.2

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the attorneys of record for each party, as listed below, by electronic filing and regular first class mail on July 25, 2006.

                                /s/ Carrie J. Campion  
                                Carrie J. Campion

Elayne N. Alanis, Esq.  
Law office of Elayne N. Alanis  
10 Tremont Street, 3rd Floor  
Boston, MA  02108

Shannon Liss-Riordan, Esq.  
Pyle, Rome, Lichten, Ehrenberg  
  & Liss-Riordan, P.C.  
18 Tremont Street, Suite 500  
Boston, MA  02108

Hillary Schwab, Esq.  
Pyle, Rome, Lichten, Ehrenberg  
  & Liss-Riordan, P.C.  
18 Tremont Street, Suite 500  
Boston, MA  02108

1592311.2