UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH SKIRCHAK and BARRY L. ALDRICH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>DYNAMICS RESEARCH CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br>05-11362-MEL |

PLAINTIFFS' NOTICE OF CROSS-APPEAL

Notice is hereby given that, pursuant to 9 U.S.C. § 16(a), Plaintiffs Joseph Skirchak and Barry L. Aldrich, on behalf of themselves and all others similarly situated, appeal to the United States Court of Appeals for the First Circuit the District Court's grant of the defendant's motion to compel arbitration and dismissal of this case, in the event that the Court of Appeals does not uphold the District Court's invalidation of a portion of the arbitration provision (the "class action waiver").

        Respectfully submitted,
JOSEPH SKIRCHAK and BARRY L. ALDRICH, on behalf of themselves and all others similarly situated,
By their attorneys,

__s/Shannon Liss-Riordan_____
Shannon Liss-Riordan, BBO #640716
Hillary Schwab, BBO #(pending)
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Elayne N. Alanis, BBO #660365
Law Firm of Elayne N. Alanis
10 Tremont Street, Third Floor
Boston, MA 02108
(617) 263-1203

Dated:   August 3, 2006

### CERTIFICATE OF SERVICE

    I hereby certify that on August 3, 2006, I caused a copy of this document to be served by electronic filing on David S. Rosenthal, Carrie J. Campion, and Jeffrey B. Gilbreth, Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110.

__s/Shannon Liss-Riordan_____
Shannon Liss-Riordan, Esq.