UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH SKIRCHAK AND BARRY ALDRICH, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>v.<br><br>DYNAMICS RESEARCH CORPORATION, A Massachusetts corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.:  05-11362 MEL<br>)<br>)<br>)<br>) |

## ASSENTED-TO MOTION TO RESCHEDULE STATUS CONFERENCE

The Defendant Dynamics Research Corporation respectfully requests that the Status Conference, which is currently scheduled before this court on December 11, 2007, be rescheduled for December 17, 2007.  The Defendant makes this request because Defendant's counsel is scheduled to participate in a full-day arbitration hearing on December 11, 2007.  The Defendant's counsel has consulted with Plaintiff's counsel, who has agreed to the December 17, 2007, date.  Plaintiff's counsel assents to this motion.

                                            Respectfully submitted,

                                            **DYNAMICS RESEARCH CORPORATION,**

                                            By its attorneys,

                                            */s/ David S. Rosenthal*
                                            David S. Rosenthal (BBO # 429260)
                                            Jeffrey B. Gilbreth (BBO # 661496)
                                            NIXON PEABODY LLP
                                            100 Summer Street
                                            Boston, MA  02110
                                            617-345-1000

Assented to:

**JOSEPH SKIRCHAK AND BARRY ALDRICH ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,**

By its attorneys,

*/s/ Hillary Schwab*
Shannon Liss-Riordan (BBO # 640716)
Hillary Schwab (BBO# 666029)
Pyle, Rome, Lichten Ehrenberg &
Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA  02108

10819927.1