# United States Court of Appeals
## For the First Circuit

DC#:05-1136?
Honorable Harris E. Lasker
Sarah A. Thretrr., Clerk of Court

Nos. 06-2136, 06-2180

JOSEPH SKIRCHAK on behalf of himself and all others similarly situated;
BARRY L. ALDRICH, on behalf of himself and all others similarly situated,

Plaintiffs, Appellees/Cross-Appellants,

v.

DYNAMICS RESEARCH CORPORATION,

Defendant, Appellant/Cross-Appellee.

**JUDGMENT**

Entered: November 19, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed, and the matter is remanded for further proceedings consistent with the opinion issued this day.

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Morris E. Lasker and Ms. Sarah Thornton. Copies to Ms. Alanis, Ms. Liss-Riordan, Ms. Schwab, Mr. Rosenthal, Mr. Gilbreth, Ms. Kahn, Mr. Robbins, & Mr. Roddy.]