1  Dennis F. Moss, Esq. - (State Bar 77512)
   SPIRO MOSS BARNESS LLP
2  11377 W. Olympic Blvd., Fifth Floor
   Los Angeles, CA 90064-1683
3  Telephone: (310) 235-2468; Facsimile: (310) 235-2456
   dennisfmoss@spiromoss.com
4
   Andrew Kopel, Esq. - (State Bar 139571)
5  P.O. Box 4120
   Foster City, California 94404
6  Telephone: (310) 560-5389

7  Attorney for Plaintiffs

ORIGINAL FILED
LOS ANGELES

APR 09 2008

SUPERIOR COURT
By: ___VICTOR E. SINO-CRUZ___
                         DEPUTY

8

9            SUPERIOR COURT OF THE STATE OF CALIFORNIA

10       FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

11                      (Unlimited Jurisdiction)

12  DIAMOND TERRELL and JOHN TESAURO,   )  CLASS ACTION
    individually and on behalf of other members of  )
13  the general public similarly situated,   )  CASE NO. BC 286422
                                            )  [Assigned for all purposes to Hon.
14                        Plaintiffs,        )  Edward A. Ferns]
                                            )
15  vs.                                      )
                                            )  NOTICE OF ENTRY OF JUDGMENT,
16                                           )  EXHIBIT "A"
                                            )
17  LARRY FLYNT, individually and dba        )
    HUSTLER CASINO and DOES 1-100,          )
18                                           )  Complaint Filed: 12/04/02
                          Defendants.        )
19                                           )

20

21       PLEASE TAKE NOTICE that on April 9, 2008 the Court entered Judgment

22  Approving Class Settlement in the above-encaptioned matter. A copy of the Judgment

23  executed by the Court is attached as Exhibit "A".

24

25  DATED: April 9, 2008         SPIRO MOSS BARNESS LLP

26

27                              By: _____
                                        DENNIS F. MOSS
28                              Attorneys for Plaintiffs DIAMOND TERRELL, JOHN
                                TESAURO, and THE CLASS

# EXHIBIT A

1  Dennis F. Moss, Esq. - (State Bar 77512)
   SPIRO MOSS BARNESS LLP
2  11377 W. Olympic Blvd., Fifth Floor
   Los Angeles, CA 90064-1683
3  Telephone: (310) 235-2468; Facsimile: (310) 235-2456
   dennisfmoss@spiromoss.com
4
   Andrew Kopel, Esq. - (State Bar 139571)
5  P.O. Box 4120
   Foster City, California 94404
6  Telephone: (310) 560-5389

7  Attorney for Plaintiffs

ORIGINAL FILED

APR 0 9 2008

LOS ANGELES
SUPERIOR COURT

8

9          SUPERIOR COURT OF THE STATE OF CALIFORNIA

10       FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

11                      (Unlimited Jurisdiction)

12

| | |
|---|---|
| 13  DIAMOND TERRELL and JOHN TESAURO, individually and on behalf of other members of the general public similarly situated, | ) CLASS ACTION |
| 14 | ) CASE NO. BC 286422 |
| | ) [Assigned for all purposes to Hon. |
| 15                              Plaintiffs. | ) Edward A. Ferns] |
| | ) |
| 16  vs. | ) |
| | ) [PROPOSED] JUDGMENT |
| 17 | ) |
| | ) |
| 18  LARRY FLYNT, individually and dba HUSTLER CASINO and DOES 1-100, | ) DATE: April 9, 2008 |
| | ) TIME: 8:30 a.m. |
| 19 | ) DEPT.: 69 |
| | ) |
| 20                              Defendants. | ) |
| 21 | ) Complaint Filed: 12/04/02 |

22

23          This matter having been ordered to Arbitration by this Court, before the American

24  Arbitration Association, with the Court retaining limited Jurisdiction.

25          WHEREFORE, the Arbitrator, Fredric Horowitz ("the Arbitrator"), preliminarily

26  approved the the Stipulation for Settlement ("Stipulation or Settlement") reached by the

27  Parties,

28          WHEREFORE, the Arbitrator, concluded that Notice was duly and properly

[PROPOSED] JUDGMENT
1

1  provided to the class members by a third party Administrator;

2  WHEREFORE, the Arbitrator conducted a Final Fairness Hearing on March 31,

3  2008, at which time the Arbitrator concluded the Settlement was fair, and granted Final

4  Approval of the Settlement of the Class Action in the Order attached hereto as Exhibit

5  "A";

6  WHEREFORE, the Settlement, contemplated entry of judgment by this Court after

7  the Arbitrator's Final Approval of the Settlement;

8

9  **IT IS NOW HEREBY ORDERED, ADJUDGED AND DECREED, THAT**:

10  Pursuant to the terms of the Order of the Arbitrator and the Stipulation,

11  Defendants, through the Administrator, shall make all payments contemplated by the

12  Stipulation from the $980.000 Settlement fund created by the Stipulation, including:

13  A.  Payments to settlement class members in shares contemplated by the

14  Settlement,

15  B.  Payment of employer payroll burdens to government entities associated with

16  the wage portions of payments to class members;

17  C.  Payment to class counsel of attorneys' fees in the amount of $326,000, and

18  class counsel costs in the amount of $5,698.33.

19  D.  Payments to each of the class representatives, Diamond Terrell and Steven

20  Sparks, of enhancements of $17,500 each.

21  E.  Payment to CPT Group for settlement administration, of $20,602.

22  The Court hereby dismisses the Action on the merits and with prejudice pursuant

23  to the terms set forth in the Stipulation between Plaintiffs and Defendants. Without

24  affecting the finality of this Judgment in any way, this Court hereby retains, pursuant to

25  California Rule of Court 3.769, and subject to the ongoing authority of the

26  ////

27  ///

28  //

---

[PROPOSED] JUDGMENT

2

APR-04-2008 FRI 03:18 PM LIPSITZ GREEN          FAX NO. 7188491315          P. 02

1  Arbitrator, continuing jurisdiction over the interpretation, implementation and

2  enforcement of the Settlement and all orders and judgments entered in connection

3  therewith.

4  IT IS SO ORDERED

5

6  Dated: __APR 0 9 20__

7         *APR 0 9 2008*                  Hon. Edward A. Ferns
                                          Los Angeles County Superior Court
8

9  APPROVED AS TO FORM AND CONTENT

10

11  DATED: April __4__, 2008            SPIRO MOSS BARNESS LLP

12

13                                       By: _____
                                             DENNIS F. MOSS
14                                       Attorneys for Plaintiffs DIAMOND TERRELL, JOHN
                                         TESAURO, and THE CLASS
15

16

17  DATED: April __11__, 2008           LIPSITZ, GREEN, FAHRINGER, ROLL, SALISBURY
                                         & CAMBRIA LLP
18

19                                       By: _____
20                                           JONATHAN W. BROWN
                                         Attorneys for Defendant LARRY FLYNT, individually
21                                       and dba HUSTLER CASINO

22

23

24

25

26

27

28

[PROPOSED] JUDGMENT
3

**PROOF OF SERVICE**
Terrell et al. v. Larry Flynt et al.
72 1600101403 BEAH
Sparks et al. v. Larry Flynt et al.
11 160 01840 03

I am over the age of eighteen years and not a party to the within action. My business address is 11377 W. Olympic Blvd., Fifth Floor, Los Angeles, CA 90064-1683. I am employed at that address at the firm of Spiro Moss Barness, LLP.

On the date set forth below I served the document(s) described as **PLAINTIFF'S SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE RE: FAILURE TO COMPLETE ARBITRATION** on all the interested parties in this action, by placing: [ ] the original [xx] true copies thereof enclosed in sealed envelopes, addressed as follows, which addresses are the addresses last given by the respective addressees on any document filed in the above case and served on Spiro Moss Barness LLP:

Paul J. Cambria, Jr., Esq.
Jeff Reina, Esq.
LIPSITZ, GREEN, FAHRINGER, ROLL, SALISBURY & CAMBRIA LLP
42 Delaware Avenue, Suite 300
Buffalo, New York 14202-3901
Fax: (716) 855-1580
jreina@lglaw.com
pcambria@lglaw.com

Joseph Lavi, Esq.
Lavi and Ebrahimian
8383 Wilshire Blvd., Suite 840
Beverly Hills, CA 90211
Fax: (323) 653-0081
jlavi@lelawfirm.com

[X]   **BY MAIL**: I am readily familiar with this firms' practice of collection and processing correspondence for mailing with the United States Postal Service. On the date set forth below, at the firm of Spiro Moss Barness LLP at the above address, I placed the envelope(s) containing said document(s), sealed, for collection and mailing on that date with the United States Postal Service following ordinary business practices. Under the above-mentioned practice of Spiro Moss Barness LLP the above document(s) would be deposited with the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid at Los Angeles, California.

[ X ]   **BY ELECTRONIC TRANSMISSION**: On the date set forth below I caused to be transmitted the document(s) listed above to the above email address(s) before 6:00 p.m.

[X ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed at Los Angeles County, California, on April 4, 2008.

Emily Moss

**PROOF OF SERVICE**
**Terrell et al. v. Larry Flynt et al.**
**72 1600101403 BEAH**
**Sparks et al. v. Larry Flynt et al.**
**11 160 01840 03**

        I am over the age of eighteen years and not a party to the within action. My business address is 11377 W. Olympic Blvd., Fifth Floor, Los Angeles, CA 90064-1683. I am employed at that address at the firm of Spiro Moss Barness, LLP.

        On the date set forth below I served the document(s) described as **NOTICE OF ENTRY OF JUDGMENT** on all the interested parties in this action, by placing: [ ] the original [xx] true copies thereof enclosed in sealed envelopes, addressed as follows, which addresses are the addresses last given by the respective addressees on any document filed in the above case and served on Spiro Moss Barness LLP:

Paul J. Cambria, Jr., Esq.
Jeff Reina, Esq.
LIPSITZ, GREEN, FAHRINGER, ROLL,
SALISBURY & CAMBRIA LLP
42 Delaware Avenue, Suite 300
Buffalo, New York 14202-3901
Fax: (716) 855-1580
jreina@lglaw.com
pcambria@lglaw.com

Joseph Lavi, Esq.
Lavi and Ebrahimian
8383 Wilshire Blvd., Suite 840
Beverly Hills, CA 90211
Fax: (323) 653-0081
jlavi@lelawfirm.com

[X]    **BY MAIL**: I am readily familiar with this firms' practice of collection and processing correspondence for mailing with the United States Postal Service. On the date set forth below, at the firm of Spiro Moss Barness LLP at the above address, I placed the envelope(s) containing said document(s), sealed, for collection and mailing on that date with the United States Postal Service following ordinary business practices. Under the above-mentioned practice of Spiro Moss Barness LLP the above document(s) would be deposited with the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid at Los Angeles, California.

[ ]    **BY FACSIMILE** On the date set forth below, I transmitted the above document(s) from facsimile machine number (310) 235-2456, in compliance with transmission as provided in California Rule of Court 2008. The fax number(s) that I used are shown above or on the attached Service List, along with the names of recipients and the interested parties. The Facsimile Machine I used complied with California Rule of Court 2003(3). The transmission was reported as complete and without error by the machine, which properly issued the transmission report.

[X]    **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed at Los Angeles County, California, on April 9, 2008.

_Emily Moss_
Emily Moss